**DISMISS and Opinion Filed October 6, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

_____

## No. 05-21-00665-CV
_____

**SYMANK BUSINESS SYSTEMS, INC., Appellant**
**V.**
**EARL MCCUIN AND JADE ECCLESTON, Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-01550**

## MEMORANDUM OPINION

Before Justices Osborne, Pedersen, III, and Reichek
Opinion by Justice Reichek

By motion filed September 27, 2021, appellant seeks to withdraw its appeal.

*See* TEX. R. APP. P. 42.1(a)(1). We grant the motion and dismiss the appeal. *See id.*


/Amanda L. Reichek/
_____
AMANDA L. REICHEK
JUSTICE

210665F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SYMANK BUSINESS SYSTEMS,
INC., Appellant

No. 05-21-00665-CV     V.

EARL MCCUIN AND JADE
ECCLESTON, Appellees

On Appeal from the 14th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-21-01550.
Opinion delivered by Justice
Reichek, Justices Osborne and
Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Earl McCuin and Jade Eccleston recover their costs, if any, of this appeal from appellant Symank Business Systems, Inc.

Judgment entered October 6, 2021.

–2–